UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| BENJAMIN LEVINE,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>STATE OF NEW JERSEY et al.,<br><br>　　　　　　Defendants. | Civ. Action No. 06-1394 (KSH)<br><br>ORDER |

**KATHARINE S. HAYDEN, U.S.D.J.**

　　This matter comes before the Court upon Report and Recommendation by Magistrate Judge Shwartz [D.E. #46] dated October 22, 2008, which recommends striking the putative amended complaint filed by plaintiff Levine on August 29, 2008 [D.E. #43]. The Court recognizes that the order was received by Levine, via certified mail, and that there have been no objections—timely or otherwise—from him or any other party to date.

　　The Court agreeing fully with Magistrate Judge Shwartz's Report and Recommendation, and with good cause appearing;

　　**IT IS** on this 23th day of December, 2008,

　　**ORDERED** that the Report and Recommendation of Magistrate Judge Shwartz [D.E. # 46] is **ADOPTED** in full and incorporated as the Opinion of this Court; and it is further

　　**ORDERED** that plaintiff Levine's amended complaint [D.E. # 43] be **stricken.**

　　　　　　　　　　　　　　　　　　　　/s/ Katharine S. Hayden
　　　　　　　　　　　　　　　　　　　　HON. KATHARINE S. HAYDEN
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com

OFFICIAL USE

Postage $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees $
Postmark Here

BENJAMIN LEVINE
3 CORNWALL DRIVE
EAST BRUNSWICK, NJ 08816

PS Form 3800, August 2006    See Reverse for Instructions

[ATES DISTRICT COURT
ICT OF NEW JERSEY

Civil Action No. 06-1394(KSH)

: REPORT AND RECOMMENDATION

Defendant

## I. INTRODUCTION

This matter comes before the Court upon its review of the docket. The docket shows that an Amended Complaint has been filed. For the reasons set forth herein, the Undersigned recommends that the United States District Judge strike the Amended Complaint.

## II. PROCEDURAL HISTORY

On March 23, 2006, Benjamine Levine ("Levine") filed a notice of removal in which he sought to remove to this Court a criminal case filed against him in the New Jersey Superior Court. Docket No. 1. By way of Order entered June 8, 2006, the Hon. Katharine S. Hayden dismissed the removal petition. Docket No. 5. On July 13, 2006, Levine filed a notice of appeal of this Order and an application to extend the deadline to file the appeal. Docket Nos. 7 and 8. On July 25, 2006, the application to extend was granted. Docket No. 11. The Court of Appeals for the Third Circuit remanded the case for resolution of a motion to reopen the period to file an appeal under Fed. R. App. P. 4(a)(6). See Docket No. 14.

On February 7, 2007, the District Court denied Levine's Rule 4(a)(6) motion. Docket No.

-1-

U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com

OFFICIAL USE

Postage  $
Certified Fee
Return Receipt Fee
(Endorsement Required)
Restricted Delivery Fee
(Endorsement Required)
Postmark
Here
Total Postage & Fees  $

BENJAMIN LEVINE
3 CORNWALL DRIVE
EAST BRUNSWICK, NJ 08816

PS Form 3800, August 2006    See Reverse for Instructions

[UNITED S]TATES DISTRICT COURT
[DISTR]ICT OF NEW JERSEY

Civil Action No. 06-1394(KSH)

REPORT AND RECOMMENDATION

Defendant

## I. INTRODUCTION

This matter comes before the Court upon its review of the docket. The docket shows that an Amended Complaint has been filed. For the reasons set forth herein, the Undersigned recommends that the United States District Judge strike the Amended Complaint.

## II. PROCEDURAL HISTORY

On March 23, 2006, Benjamine Levine ("Levine") filed a notice of removal in which he sought to remove to this Court a criminal case filed against him in the New Jersey Superior Court. Docket No. 1. By way of Order entered June 8, 2006, the Hon. Katharine S. Hayden dismissed the removal petition. Docket No. 5. On July 13, 2006, Levine filed a notice of appeal of this Order and an application to extend the deadline to file the appeal. Docket Nos. 7 and 8. On July 25, 2006, the application to extend was granted. Docket No. 11. The Court of Appeals for the Third Circuit remanded the case for resolution of a motion to reopen the period to file an appeal under Fed. R. App. P. 4(a)(6). See Docket No. 14.

On February 7, 2007, the District Court denied Levine's Rule 4(a)(6) motion. Docket No.



**UNITED STATES POSTAL SERVICE®**

Home | Help | Sign In

Track & Confirm      FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7007 2680 0002 7731 3625**
Detailed Results:
- **Delivered, October 25, 2008, 1:23 pm, EAST BRUNSWICK, NJ 08816**
- **Notice Left, October 24, 2008, 10:57 am, EAST BRUNSWICK, NJ 08816**

**Track & Confirm**
Enter Label/Receipt Number.

( < Back )    ( Return to USPS.com Home > )    ( Go > )

---

Site Map   Contact Us   Forms   Gov't Services   Jobs   Privacy Policy   Terms of Use   National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.   No FEAR Act EEO Data   FOIA